**SO ORDERED.**

**SIGNED this 25 day of August, 2020.**



_____
**Joseph N. Callaway
United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# RALEIGH DIVISION

**IN RE:**

| | |
|---|---|
| **WILSON ORGANIC FARM SERVICES INC.** | **CASE NO.** |
| | **20-01190-5-JNC** |
| **DEBTOR** | **CHAPTER 11** |

## ORDER TO SHOW CAUSE

     Wilson Organic Farm Services Inc. (the "Debtor") filed a petition for relief under Subchapter V of Chapter 11 of the Bankruptcy Code on March 18, 2020 (Dkt. 1; the "Petition"). Pursuant to 11 U.S.C. §1189(b), a small business debtor shall file a plan no later than 90 days after the order for relief under this chapter. This case has been pending for 160 days and no plan has been filed in accordance with 11 U.S.C. §1189(b) of the Bankruptcy Code. For the reasons stated, a show cause hearing is necessary.

     Therefore, the Debtor is ORDERED to appear and show cause as to why its chapter 11 case should not be dismissed. A hearing on this show cause order will be held and is hereby noticed **for September 16, 2020, at 11:00 a.m. to be held by telephone.** All parties are instructed to dial 1-888-273-3658 at that time and enter Access Code 3113071# when prompted. Do not join the call as the host.

**END OF DOCUMENT**