# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
Wilson Organic Farm Services Inc.
( <u>known aliases</u>: *Wilson Farm Services, Lee T Wilson Jr.* )
6325 Falls of Neuse Rd., Ste 35–356
Raleigh, NC 27615

TaxID: 81–3916641

CASE NO.: 20–01190–5–JNC

DATE FILED: March 18, 2020

CHAPTER: 11

NOTICE OF TELEPHONE CONFERENCE

NOTICE IS HEREBY GIVEN that a hearing will be held by telephone as indicated below:

DATE:   Wednesday, September 16, 2020
TIME:   11:00 AM
to consider and act upon the following matters:

Motion for Relief from Stay filed by Gwendolyn J. Godfrey on behalf of Toorak Capital Partners, LLC
The hearing will involve the following parties:

Judge Joseph N. Callaway
Joseph Frost
Robert Lewis/Pamela Wilson
Gwendolyn Godfrey

To join the conference call, please dial 1–888–273–3658, and enter the access code 3113071 # . If asked, please do not join the conference call as the host, instead, press the # key and wait for the conference to begin. The AT & T operator will ask you to state your name when the conference is about to begin.

The automatic stay shall remain in effect until the date of the hearing.

DATED: August 26, 2020

                                                                  Stephanie J. Butler
                                                                  Clerk of Court