FILED:  October 6, 2022

## UNITED STATES COURT OF APPEALS
### FOR THE FOURTH CIRCUIT

———————————————

No. 22-1773
(5:22-cv-00169-FL)

———————————————

WILSON ORGANIC FARM SERVICES INC., d/b/a Wilson Farm Services, d/b/a Lee T. Wilson, Jr.

      Debtor - Appellant

v.

BRIAN CHARLES BEHR, Bankruptcy Administrator

      Appellee

JOSEPH ZACHARY FROST, Ch. 11 Trustee

      Trustee

———————————————

O R D E R

———————————————

The court dismisses this proceeding for failure to prosecute pursuant to

Local Rule 45.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk